CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

09/20/2018
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LISA T., *Plaintiff*, | CASE NO. 6:17-cv-00039 |
| v. | ORDER |
| CAROLYN COLVIN, Acting Commissioner of Social Security, *Defendant*. | JUDGE NORMAN K. MOON |

Before the Court are the parties' cross motions for summary judgment (dkts. 11, 14), the Report and Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 19, hereinafter "R&R"), and Plaintiff's Objections to the R&R (dkt. 20). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), the Court referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. After review of the record, the R&R, and the objections, the objections are **OVERRULED**. Accordingly:

1. The R&R of August 15, 2018, is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment (dkt. 11) is hereby **DENIED**;

3. Defendant's Motion for Summary Judgment (dkt. 14) is hereby **GRANTED**;

4. The Commissioner's final decision is hereby **AFFIRMED**;

5. This case is stricken from the active docket.

Entered this   20th   day of September, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1